UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMA PARKER and TRACY HUBER, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> HOWMEDICA OSTEONICS CORP:, a New Jersey corporation doing buiness as Stryker Orthopaedics, <br><br> Defendant. | CIVIL ACTION NO..: 07-02400 (JLL) |

### ORDER ON MOTION TO DISMISS

Having reviewed Motion to Dismiss filed by Plaintiff Jama Parker seeking dismissal of her claims only and having considered the same, the requested is hereby GRANTED.

**DONE and ORDERED** this 12th day of September, 2008, in chambers at Newark, New Jersey.

_____
United States District Court Judge
Jose L. Linares